# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on behalf of Enron Corporation,<br><br>Plaintiff,<br><br>VS.<br><br>KENNETH L. LAY, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-01-3645<br>AND CONSOLIDATED CASES<br>**JURY TRIAL DEMANDED** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP.,<br><br>Plaintiff,<br><br>VS.<br><br>ANDREW S. FASTOW, ET AL.,<br><br>Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. H-04-0091<br>**JURY TRIAL DEMANDED** |

[Caption continued on next page]

**ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP. TO EXTEND ITS RESPONSE DATE TO THE MOTION TO DISMISS FILED BY DEFENDANT LINDA K. LAY, <u>EXECUTRIX OF ESTATE OF KENNETH LEE LAY, DECEASED</u>**

| | | |
|---|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Derivatively on behalf of Enron Corporation,<br><br>   Plaintiff,<br><br>VS.<br><br>KENNETH L. LAY, ET AL.,<br><br>   Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. H-01-3892<br>**JURY TRIAL DEMANDED** |
| JOSEPH E. KASSOWAY, Trustee of the Joseph E. Kassoway and Robert T. Kassoway Trust,<br><br>   Plaintiff,<br><br>VS.<br><br>ANDREW S. FASTOW, ET AL.,<br><br>   Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-01-3690<br>**JURY TRIAL DEMANDED** |
| FRED GREENBERG, Derivatively on Behalf of Enron Corporation,<br><br>   Plaintiff,<br><br>VS.<br><br>ROBERT A. BELFER, ET AL.,<br><br>   Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-01-3998<br>**JURY TRIAL DEMANDED** |

[Caption continued on next page]

| | |
|---|---|
| LYNN GOFFMAN AND HARVEY L. YOUNG, Derivatively on behalf of Enron Corporation, §§§§§ | |
| Plaintiff, § | CIVIL ACTION NO. H-02-1838 |
| § | **JURY TRIAL DEMANDED** |
| VS. §§ | |
| ROBERT A. BELFER, ET AL., §§ | |
| Defendants. § | |

| | |
|---|---|
| DAVID TRZEBUCKI and CHERYL TRZEBUCKI, Individually and Derivatively on behalf of nominal defendant Enron Corp., §§§§§ | |
| Plaintiff, §§ | CIVIL ACTION NO. H-02-1832 |
| § | **JURY TRIAL DEMANDED** |
| VS. §§ | |
| ANDREW S. FASTOW, ET AL., §§ | |
| Defendants. § | |

| | |
|---|---|
| RICK BARSKY, §§ | |
| Plaintiff, §§ | CIVIL ACTION NO. H-02-1922 |
| VS. §§ | **JURY TRIAL DEMANDED** |
| ARTHUR ANDERSEN LLP, ET AL., §§ | |
| Defendants. § | |

[Caption continued on next page]

| | | |
|---|---|---|
| RICHARD P. BERGSIEKER,<br><br>       Plaintiff,<br><br>VS.<br><br>KENNETH L. LAY, ET AL.,<br><br>       Defendants. | § § § § § § § § § § | CIVIL ACTION NO. H-02-3427<br>**JURY TRIAL DEMANDED** |
| WAI CHINN, Individually and on Behalf of All Those Similarly Situated,<br><br>       Plaintiffs,<br><br>VS.<br><br>ROBERT BELFER, ET AL.,<br><br>       Defendants. | § § § § § § § § § § | CIVIL ACTION NO. H-03-862<br>**JURY TRIAL DEMANDED** |
| SARA J. MCMURRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>VS.<br><br>ROBERT A. BELFER, ET AL.<br><br>       Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-03-5542<br>**JURY TRIAL DEMANDED** |

[Caption continued on next page]

| | |
|---|---|
| WILLIAM E. YOUNG and FRANK CONWAY, Individually and on Behalf of Themselves and All others Similarly Situated, § § § § § § § § § § § § Plaintiffs, VS. ROBERT A. BELFER, ET AL., Defendants. | CIVIL ACTION NO. H-04-1546 **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP. TO EXTEND ITS RESPONSE DATE TO THE MOTION TO DISMISS FILED BY DEFENDANT LINDA K. LAY, <u>EXECUTRIX OF ESTATE OF KENNETH LEE LAY, DECEASED</u>

The Court having reviewed the Unopposed Motion of the Official Committee of Unsecured Creditors of Enron Corp. (the "Committee") to extend the date by which the Committee has to respond to the motion to dismiss filed by Linda K. Lay, Executrix of the Kenneth Lee Lay Estate (the "Lay Estate") from March 8 to, and including, March 29, 2007, finds that such motion should be granted. Accordingly, the Court

**ORDERS** that the Committee shall file its response, if any, to the Lay Estate's motion to dismiss on or before March 29, 2007 in the following cases:

> *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust, derivatively on behalf of Enron Corp. v. Kenneth L. Lay, et al.*, No. H-01-3645
>
> *Official Committee of Unsecured Creditors of Enron Corp. v. Andrew S. Fastow, et al.*, No. H-04-0091;
>
> *Detectives Endowment Assoc. Annuity Fund, derivatively on behalf of Enron Corp. v. Kenneth L. Lay, et al.*, No. H-01-3892;
>
> *Joseph E. Kassoway, Trustee of the Joseph E. Kassoway and Robert T. Kassoway Trust v. Andrew S. Fastow, et al.*, No. H-01-3690;
>
> *Fred Greenberg, derivatively on behalf of Enron Corp., v. Robert A. Belfer, et al.*, No. H-01-3998;

*Lynn Goffman, et al., derivatively on behalf of Enron Corp. v. Robert A. Belfer, et al.*, No. H-02-1838;

*David Trzebucki, et al., individually and derivatively on behalf of nominal defendant Enron Corp. v. Andrew S. Fastow, et al.*, No. H-02-1832;

*Rick Barsky v. Arthur Andersen LLP, et al.*, No. H-02-1922;

*Richard P. Bergsieker v. Kenneth L. Lay, et al.*, No. H-02-3427;

*Wai Chinn, Individually and on Behalf of All Those Similarly Situated v. Robert A. Belfer, et al.*, H-03-862;

*Sara J. McMurray, Individually and on Behalf of All Others Similarly Situated v. Robert A. Belfer, et al.*, H-03-5542; and

*William E. Young, et al., Individually and on Behalf of Themselves and All Others Similarly Situated v. Robert A. Belfer, et al.*, H-04-1546.

Signed at Houston, Texas this 5th day of March, 2007.

Honorable Melinda Harmon
United States District Judge